AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

-------------DISTRICT OF-------------
## MASSACHUSETTS

TRUSTEES OF THE PLUMBERS &
PIPEFITTERS' NATIONAL PENSION FUND;
TRUSTEES OF THE PLUMBERS &
PIPEFITTERS' INTERNATIONAL TRAINING
FUND; TRUSTEES OF THE PLUMBERS AND
PIPEFITTERS' LOCAL UNION NO. 4 HEALTH
&WELFARE FUND; PENSION FUND;
ANNUITY FUND; JOINT APPRENTICE
TRAINING FUND; INDUSTRY FUND;
BUILDING & RELIEF FUND and PLUMBERS
AND PIPEFITTERS UNION LOCAL NO. 4
      V.

**SUMMONS IN A CIVIL CASE**

STERLING PLUMBING & HEATING CO., INC.
and MANUEL A. PACHECO

CASE NUMBER: 05-CV-10714 (PBS)

TO: (Name and address of defendant)

Sterling Plumbing & Heating Co., Inc.
*c/o Its President:*
Manuel A. Pacheco
Business Address: 4 Campground Road, Sterling, MA 01564
Residence: 174 Rowley Hill Road, Sterling, MA 01564

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Cheverie, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

APR 1 1 2005

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100
Worcester, ss

☐

04/21/2005

☐ I hereby certify and return that on 04/19/2005 at 11:55am I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to MANUEL PACHECO, agent, person in charge at the time of service for STERLING PLUMBING & HEATING CO., INC. at 4 CAMPGROUND RD, STERLING, MA. Fees: Service 30.00, Travel 19.52, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $60.02

Deputy Sheriff David I Dickhaut

☐

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure