UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

TRUSTEES OF THE PLUMBERS & PIPEFITTERS'
NATIONAL PENSION FUND; TRUSTEES OF THE
PLUMBERS & PIPEFITTERS' INTERNATIONAL
TRAINING FUND; TRUSTEES OF THE PLUMBERS AND
PIPEFITTERS' LOCAL UNION NO. 4 HEALTH
&WELFARE FUND; PENSION FUND; ANNUITY FUND;
JOINT APPRENTICE TRAINING FUND; INDUSTRY
FUND; BUILDING & RELIEF FUND and PLUMBERS AND
PIPEFITTERS UNION LOCAL NO. 4

*Plaintiffs*

VS.

STERLING PLUMBING & HEATING CO., INC. and
MANUEL A. PACHECO

*Defendants*

Civil Action No.
05-CV-10714 (PBS)

July 15, 2005

---

### WITHDRAWAL OF COMPLAINT

Pursuant to Rule 41(a), the Plaintiffs in the above-captioned matter hereby withdraw the instant Complaint, without prejudice, as the parties have reached a settlement agreement.

THE PLAINTIFFS,

By: /s/ Robert M. Cheverie, Esq.
Robert M. Cheverie, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele.: (860) 290-9610
BBO #651103
THEIR ATTORNEY

## CERTIFICATION

I hereby certify that a copy of the foregoing Withdrawal of Complaint has been mailed, first-class and postage prepaid, this 15th day of July 2005, to the following:

Robert N. Meltzer, Esq.
P.O. Box 1459
Framingham, MA 01701

_____
Robert M. Cheverie

*TMB.PLUMBERS 4.STERLING.2005*
Withdrawal of Complaint 7-15-05

2

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719